| AO 10 Rev. 1/2018 | FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2017 | Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111) |
| --- | --- | --- |

| 1. Person Reporting (last name, first, middle initial)  LOKEN, JAMES B. | 2. Court or Organization  EIGHTH CIRCUIT | 3. Date of Report  05/03/2018 |
| --- | --- | --- |
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)  CIRCUIT JUDGE (Active) | 5a. Report Type (check appropriate type) ☐ Nomination Date ☐ Initial ☑ Annual ☐ Final  5b. ☐ Amended Report | 6. Reporting Period  01/01/2017 to 12/31/2017 |
| 7. Chambers or Office Address  U.S. Courthouse, Suite 11W 300 South Fourth Street Minneapolis, MN 55415 | | |

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
| --- | --- | --- |
| 1. | Past President | Federal Bar Association, Minnesota Chapter |
| 2. | Member | American Law Institute |
| 3. | | |
| 4. | | |
| 5. | | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
| --- | --- | --- |
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| LOKEN, JAMES B. | 05/03/2018 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| LOKEN, JAMES B. | 05/03/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. STOCKS (All Common) | | | | | | | | | |
| 2. Zimmer Holdings, Inc. | A | Dividend | J | T | | | | | |
| 3. Target Corp | C | Dividend | L | T | | | | | |
| 4. Emerson Electric | D | Dividend | M | T | | | | | |
| 5. Exxon Corp. | B | Dividend | L | T | | | | | |
| 6. Wells Fargo & Co. | A | Dividend | K | T | | | | | |
| 7. XCel Energy, Inc. | D | Dividend | M | T | | | | | |
| 8. Vishay Precision Group | | None | | | Sold | 9/25/17 | J | B | |
| 9. Amkor Technology | | None | | | Sold (part) | 02/15/17 | J | D | |
| 10. | | | | | Sold | 03/15/17 | J | D | |
| 11. Oracle Corp. | B | Dividend | L | T | | | | | |
| 12. Cyberoptics Corp. | | None | L | T | Sold (part) | 01/15/17 | K | E | |
| 13. | | | | | Sold (part) | 01/19/17 | L | E | |
| 14. | | | | | Sold (part) | 02/15/17 | K | E | |
| 15. | | | | | Buy (add'l) | 05/19/17 | K | | |
| 16. | | | | | Sold (part) | 09/27/17 | K | | |
| 17. | | | | | Buy (add'l) | 12/06/17 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Valero Energy | C | Dividend | M | T | | | | | |
| 19. Transocean Ltd. | | None | K | T | Buy (add'l) | 09/25/17 | J | | |
| 20. | | | | | Buy (add'l) | 10/11/17 | J | | |
| 21. Cardiovascular Systems | | None | K | T | Sold (part) | 05/26/17 | K | D | |
| 22. | | | | | Sold (part) | 10/11/17 | J | D | |
| 23. Clearfield Inc. | | None | K | T | Buy (add'l) | 02/15/17 | J | | |
| 24. | | | | | Buy (add'l) | 05/19/17 | J | | |
| 25. | | | | | Buy (add'l) | 08/29/17 | J | | |
| 26. General Motors Corp. | B | Dividend | K | T | | | | | |
| 27. Cisco Systems | B | Dividend | K | T | | | | | |
| 28. Communications Systems | A | Dividend | | | | | | | See Part VIII |
| 29. MGC Diagnostics Corp. | D | Dividend | L | T | | | | | |
| 30. Bioscrip Inc. | | None | J | T | | | | | |
| 31. Sajan Inc. | | None | | | Buy (add'l) | 01/16/17 | J | | |
| 32. | | | | | Buy (add'l) | 04/18/17 | J | | |
| 33. | | | | | Sold | 06/21/17 | L | D | |
| 34. Cypress Semiconductor | A | Dividend | K | T | Buy (add'l) | 09/25/17 | J | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **LOKEN, JAMES B.** | 05/03/2018 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐    NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Kinder Morgan | B | Dividend | L | T | Buy (add'l) | 08/29/17 | K | | |
| 36. Energy Transfer Partners LP | D | Dividend | L | T | Buy (add'l) | 06/21/17 | K | | |
| 37. | | | | | Buy (add'l) | 08/29/17 | K | | |
| 38. Delta Airlines | B | Dividend | L | T | | | | | |
| 39. Trinity Industries Inc. | A | Dividend | K | T | Sold (part) | 10/11/17 | K | C | |
| 40. Intricon Corp. | | None | L | T | Buy | 01/09/17 | K | | |
| 41. | | | | | Sold (part) | 11/06/17 | K | D | |
| 42. Micron Technology | | None | K | T | Sold (part) | 11/06/17 | K | D | See Part VIII |
| 43. Chesapeake Energy Corp | | None | K | T | Buy | 01/19/17 | J | | |
| 44. | | | | | Buy (add'l) | 02/15/17 | J | | |
| 45. | | | | | Buy (add'l) | 03/17/17 | J | | |
| 46. | | | | | Buy (add'l) | 04/18/17 | J | | |
| 47. | | | | | Buy (add'l) | 09/25/17 | K | | |
| 48. | | | | | Sold (part) | 12/26/17 | K | | |
| 49. Select Comfort Corp | | None | | | Buy | 02/15/17 | K | | |
| 50. | | | | | Sold | 05/17/17 | K | C | |
| 51. Enbridge Energy Partners | A | Dividend | J | T | Buy | 02/15/17 | K | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| LOKEN, JAMES B. | 05/03/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Gilead Sciences | A | Dividend | K | T | Buy | 03/17/17 | K | | |
| 53. | | | | | Buy (add'l) | 11/06/17 | K | | |
| 54. Hi Crush Partners | A | Dividend | L | T | Buy | 09/25/17 | K | | |
| 55. | | | | | Buy (add'l) | 11/06/17 | K | | |
| 56. CVR Refining LP | B | Dividend | K | T | | | | | |
| 57. MUTUAL FUNDS | | | | | | | | | |
| 58. Columbia Acorn Fund | F | Dividend | N | T | | | | | |
| 59. Fidelity Equity Income Fund II | E | Dividend | M | T | | | | | |
| 60. Fidelity Mn. Tax Free Fund | A | Dividend | J | T | Sold (part) | 03/07/17 | K | | |
| 61. Fidelity Spartan Muni Income Fund | E | Dividend | O | T | | | | | |
| 62. Fidelity Real Estate Inv Trust | F | Dividend | P1 | T | Sold (part) | 12/21/17 | L | E | |
| 63. Fidelity 500 Index Prem Fund | D | Dividend | O | T | | | | | |
| 64. Fidelity Balanced Fund | D | Dividend | M | T | Donated (part) | | | | |
| 65. Harbor International Fund | D | Dividend | M | T | | | | | |
| 66. Investment Co Amer Fund | E | Dividend | N | T | | | | | |
| 67. Mutual Beacon Fund | E | Dividend | N | T | Sold (part) | 04/18/17 | K | C | |
| 68. | | | | | Sold (part) | 11/20/17 | L | D | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| LOKEN, JAMES B. | 05/03/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. New Perspective Fund | D | Dividend | M | T | | | | | |
| 70. Oppenheimer Capital Inc Fund | C | Dividend | M | T | Sold (part) | 11/29/17 | K | C | |
| 71. Oppenheimer Strategic Income | C | Dividend | L | T | | | | | |
| 72. Vanguard Fixed Inc Fund GNMA | A | Dividend | J | T | | | | | |
| 73. Washington Mutual Fund | E | Dividend | O | T | | | | | |
| 74. Vanguard Windsor Fund | D | Dividend | M | T | | | | | |
| 75. Vanguard Hi-Yield Corp. Fund | C | Dividend | L | T | | | | | |
| 76. Vanguard Prime MM Fund | A | Dividend | J | T | | | | | |
| 77. Vanguard Long Term Tax Exempt Fund | A | Dividend | K | T | | | | | |
| 78. Vanguard Wellington Fund | E | Dividend | N | T | | | | | |
| 79. Vanguard Capital Value Fund | B | Dividend | M | T | | | | | |
| 80. Vanguard REIT Index Fund | B | Dividend | K | T | | | | | |
| 81. Artisan International Fund | B | Dividend | M | T | | | | | |
| 82. Leuthold Core Inv. Fund | E | Dividend | O | T | | | | | |
| 83. Selected American Shares Fund | E | Dividend | N | T | | | | | |
| 84. Amer Century Equity Fund | E | Dividend | N | T | | | | | |
| 85. Chase Growth Fund | E | Dividend | M | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| LOKEN, JAMES B. | 05/03/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. Icon Health Care Fund | C | Dividend | M | T | | | | | |
| 87. Matthews Pacific Tiger Fund | B | Dividend | M | T | | | | | |
| 88. Muhlenkamp Fund | | None | | | Sold | 01/04/17 | M | | |
| 89. Matthews Asia Dividend Fund | D | Dividend | M | T | Buy (add'l) | 11/30/17 | K | | |
| 90. Schwab Balanced Fund | C | Dividend | L | T | | | | | |
| 91. Schwab Total Stock Market Fund | A | Dividend | L | T | Buy | 02/16/17 | L | | |
| 92. MISC. | | | | | | | | | |
| 93. F&B Building Partnership | | None | J | W | | | | | |
| 94. RBC Prime Money Market Fund | A | Dividend | J | T | | | | | |
| 95. Schwab Advance Cash Reserve Fund | A | Dividend | J | T | | | | | |
| 96. Wells Fargo Bank | A | Interest | J | T | | | | | |
| 97. Fidelity Govt Cash Reserve Fund | A | Interest | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| LOKEN, JAMES B. | 05/03/2018 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part VII, Line 28. Sold all in prior reporting period. See Part VII, Line 24, of 2016 report. Dividend declared prior to sale paid in this reporting period.

Part VII, Line 43: Purchase of Micron Technology on June 3, 2016 was inadvertently omitted from Part VII of my 2016 Report. Value code of purchase and year end value was K, value method T, zero income in 2016.

| Name of Person Reporting | Date of Report |
|---|---|
| LOKEN, JAMES B. | 05/03/2018 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ JAMES B. LOKEN**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544